USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/21/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON WINTERS,

                Plaintiff,

                v.

WARDEN K. SMALLS, WARDEN SHERMA DUNBAR, CITY OF NEW YORK,

                Defendants.

19-CV-7271 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

As discussed during today's conference, Plaintiff shall file an amended complaint no later than December 23, 2019. Defendants shall respond to the amended complaint no later than January 23, 2020. In the event that Defendants respond to the amended complaint by filing a motion to dismiss, Plaintiff may file an opposition brief by February 20, and Defendants may file a reply by March 11.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:    November 21, 2019
            New York, New York

Ronnie Abrams
United States District Judge